In the Matter of GERTRUDE EPSTEIN, Appellant, against BOARD OF EXAMINERS OF BOARD OF EDUCATION OF CITY OF NEW YORK et al., Respondents.

Submitted January 3, 1939; decided January 10, 1939.

*Osmond K. Fraenkel* for motion.

*William C. Chanler, Corporation Counsel (Seymour B. Quel* of counsel), opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the record presents a question of fact and the court cannot interfere in the exercise of discretion vested in administrative officers.